Exhibit A – Table of Last-Observed Infringements by Defendants of Plaintiff's Copyright in the Motion Picture.

Exhibit A

Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "Tori Black Is Pretty Filthy," Copyright Reg. No.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.113.252.170 | 2011-10-22 02:19:33 -0400 | Sprint PCS | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 2 | 108.18.251.77 | 2011-11-23 19:53:51 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 3 | 108.48.33.184 | 2011-12-02 02:59:52 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 4 | 108.56.251.105 | 2011-10-29 20:06:21 -0400 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 5 | 173.66.147.249 | 2011-11-30 12:04:45 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 6 | 173.66.169.241 | 2011-11-28 21:15:41 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 7 | 173.66.194.32 | 2011-11-26 20:42:00 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 8 | 173.66.30.207 | 2011-12-13 15:08:58 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 9 | 173.66.39.33 | 2011-12-12 02:57:06 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 10 | 173.69.130.39 | 2011-12-05 02:39:29 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 11 | 174.152.252.16 | 2011-11-01 02:34:25 -0400 | Sprint PCS | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 12 | 216.36.23.133 | 2011-10-22 08:34:32 -0400 | GMP Cable TV | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 13 | 24.126.95.14 | 2011-11-03 20:34:38 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 14 | 68.34.60.139 | 2011-11-17 12:28:29 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 15 | 68.48.192.7 | 2011-12-06 21:12:41 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 16 | 68.48.36.175 | 2011-10-23 13:11:51 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 17 | 68.49.156.36 | 2011-11-17 02:15:35 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 18 | 68.55.58.43 | 2011-12-07 03:48:18 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 19 | 69.140.154.57 | 2011-12-04 20:48:24 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 20 | 69.243.41.76 | 2011-12-09 15:10:49 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 21 | 69.250.178.45 | 2011-12-11 13:16:10 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 22 | 69.250.231.216 | 2011-10-29 23:37:28 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 23 | 69.250.68.197 | 2011-10-22 14:21:33 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 24 | 69.251.51.208 | 2011-10-29 13:01:37 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 25 | 71.126.147.128 | 2011-12-13 19:25:08 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 26 | 71.126.147.29 | 2011-11-18 02:09:12 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 27 | 71.178.168.235 | 2011-11-22 21:06:27 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |

| Doe 28 | 71.178.183.246 | 2011-12-11 11:46:27 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
|---|---|---|---|---|---|
| Doe 29 | 71.179.104.77 | 2011-11-20 21:09:57 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 30 | 71.179.172.131 | 2011-12-14 01:58:56 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 31 | 74.103.5.125 | 2011-12-12 23:13:19 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 32 | 74.103.77.220 | 2011-11-14 12:44:43 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 33 | 74.107.71.198 | 2011-11-20 20:05:10 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 34 | 74.96.244.222 | 2011-12-11 08:05:56 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 35 | 75.197.117.216 | 2011-10-15 22:44:08 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 36 | 76.100.5.83 | 2011-11-03 21:08:40 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 37 | 76.106.42.76 | 2011-11-04 14:28:15 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 38 | 96.231.46.235 | 2011-11-30 06:56:22 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 39 | 96.255.163.254 | 2011-11-07 20:34:55 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 40 | 96.255.77.241 | 2011-11-16 21:11:02 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 41 | 98.192.222.176 | 2011-12-10 14:54:19 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 42 | 98.204.252.172 | 2011-11-30 14:49:06 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 43 | 98.204.39.102 | 2011-12-06 18:57:25 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 44 | 98.204.39.168 | 2011-11-05 21:05:26 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |